## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: Joseph Balice, )
)  Case No. 16-25619
Debtor. )
)

### AMENDED FINAL PRETRIAL ORDER
### RE: DOCKET NOS. 27 & 38

The Final Pretrial Order entered at Docket No. 51 is VACATED and replaced by this Order.

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this Order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the Court on or before **APRIL 11, 2017**, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the Court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, *e.g.*, "Plaintiff's Exhibit 1." The Court will not consider any exhibit as evidence unless that exhibit has been offered and admitted into evidence at the trial, even if no objections to the exhibit have been raised in the Pretrial Statement.

Trial is set for **April 18, at 10:30 a.m.**, in Courtroom 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. An attorney who is a member of the trial bar under the provisions of Rule 2090-1(B) of the Local Rules of this Bankruptcy Court shall participate in the trial.

Dated: 17 MAR 2017

ENTER: Janet S. Baer
United States Bankruptcy Judge